JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGIA KABER AMAN, | Case No. EDCV 14-02462-VAP (SPx) |
|         Plaintiff, | **JUDGMENT** |
|    v. | |
| CHASE HOME MORTGAGE, WASHINGTON MUTUAL BANK FA, MTC FINANCIAL INCORPORATED AND DOES 1 THROUGH 20, INCLUSIVE, | |
|         Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: January 6, 2015

                            VIRGINIA A. PHILLIPS
                    United States District Judge